MARGARET STEINMETZ, RESPONDENT, v. SNEAD & COMPANY, APPELLANT.

Submitted February 16, 1940—Decided April 25, 1940.

For the appellant, *Kellogg & Chance.*

For the respondent, *William T. Cahill.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court and reported in 123 *N. J. L.* 497.

*For affirmance*—The Chief Justice, Case, Donges, Heher, Porter, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 11.

*For reversal*—None.